In the Interest of N.D.T.

JUVENILE OFFICER, Respondent,

v.

R.T. (Natural Father), Appellant.

No. WD 39735.

Missouri Court of Appeals,
Western District.

Aug. 2, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 4, 1988.

Application to Transfer Denied
Nov. 15, 1988.

James W. Fletcher, Kansas City, for appellant.

Debra A. Boughton, Kirksville, for respondent.

Before KENNEDY, C.J., and
LOWENSTEIN and GAITAN, JJ.

ORDER

PER CURIAM:

Appeal from a Juvenile Court order assuming jurisdiction of appellant's daughter under Sections 211.031 and 211.181, RSMo 1986, and committing the child to custody of the Missouri Division of Family Services.

Affirmed. Rule 84.16(b).